UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER FIELDS, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EARLY INTERVENTION CONSULTING LLC, AMANDA RAMI, and DAVID RAMI,<br><br>Defendants. | Case No. 1:21-cv-00225-PAB |

## NOTICE OF SETTLEMENT

Plaintiff, CHRISTOPHER FIELDS, by and through his attorneys, hereby provides the foregoing Notice of Settlement:

1. This action was commenced on January 28, 2021. *See* ECF No. 1.

2. Counsel for the parties have discussed Plaintiff's claims and have reached an agreement in principle to resolve Plaintiff's claims on an individual basis in lieu of Defendants filing an appearance or answer.

3. The parties are currently preparing a written settlement agreement and Plaintiff intends to file a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) within thirty (30) days.

4. Plaintiff stands ready to comply with any further orders of directives of the Court.

Dated: April 29, 2021

RESPECTFULLY SUBMITTED,

By: /s Nicholas Conlon
Nicholas Conlon (admitted *pro hac vice*)

1

2

Jason T. Brown (N.D. Oh. Bar # 35921996)
BROWN, LLC
111 Town Square Place, Suite 400
Jersey City, NJ 07310
T: (877) 561-0000
F: (855) 582-5297
nicholasconlon@jtblawgroup.com
jtb@jtblawgroup.com

2