IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER FIELDS, individually and on behalf of others similarly situated,<br><br>                Plaintiff,<br>v.<br><br>EARLY INTERVENTION CONSULTING, LLC, et al.,<br><br>                Defendants. | CASE NO. 1:21-CV-00225<br><br>JUDGE PAMELA A. BARKER<br><br>**PROPOSED STIPULATED ORDER AND FINAL JUDGMENT** |

Upon Consideration of the Parties' Joint Motion for Approval of Settlement and Release and for Dismissal of all Claims with Prejudice, it is hereby:

**ORDERED**, that this Court finds that a *bona fide* dispute exists between Plaintiff (Christopher Fields) and Defendants (Early Intervention Consulting, LLC, Amanda Rami, and Dave Rami) as to Defendants' liability for unpaid wages allegedly owed to Plaintiff under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*;

**ORDERED**, that although Plaintiff and Defendants have not engaged in formal discovery, they have engaged in sufficient information informally to allow Plaintiff's counsel to assess the strengths and weaknesses of Plaintiff's claims and the range of potential damages;

**ORDERED**, the Parties have engaged in arms-length negotiations;

**ORDERED**, Plaintiff's attorneys' fees and costs in the Agreement are reasonable;

**ORDERED**, in summary, upon consideration of the factors set forth in the *Lynn's Food Stores, Inc. v. United States,* the Court FINDS that the Agreement is "a fair and reasonable resolution of a *bona fide* dispute" over Plaintiff's claims; and

**ORDERED**, the Motion is **GRANTED** and the settlement **APPROVED** with respect to all claims;

**ORDERED**, this action is **DISMISSED** with prejudice.

Date: June 4, 2021

*Pamela A. Barker*
United States District Judge
Pamela A. Barker